DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
NADIA J. AHMED
Special Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6698
Email: nadia.ahmed@usdoj.gov
*Attorneys for the United States.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DERRICK DAIGLE,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendants. | Case No: 2:11-cv-00401-JCM-CWH |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-entitled case shall be dismissed with prejudice, and each party will bear its own costs and attorney's fees.

/s/ Ryan Alexander
RYAN ALEXANDER
Law office of Ryan Alexander
200 East Charleston Boulevard
Las Vegas, Nevada 89104
*Attorney for Plaintiff*
DATED: 3/13/13

DANIEL G. BOGDEN
United States Attorney

/s/ Nadia J. Ahmed
NADIA J. AHMED
Special Assistant United States Attorney

*Attorneys for the United States.*
DATED: 13 March 2013

IT IS SO ORDERED:

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE
DATED: March 15, 2013